# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS P. SORENSON, | ) |
| Petitioner, | ) 2:10-cv-01689-GMN-PAL |
| vs. | ) |
| | ) **ORDER** |
| UNITED STATES DISTRICT COURT, | ) |
| Respondent. | ) |

This is a habeas corpus case pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner is proceeding *pro se*. Although petitioner has submitted an application to proceed *in forma pauperis* and a motion for appointment of counsel, he has not submitted an actual petition pursuant to 28 U.S.C. § 2254.

**IT IS THEREFORE ORDERED** that the Clerk shall send petitioner a copy of the form petition pursuant to 28 U.S.C. § 2254 along with the instructions therefor. Petitioner shall complete the petition and return it to this court within thirty (30) days of the date of entry of this order. Petitioner's failure to do so will result in the dismissal of this action.

DATED this 1st day of November, 2010.

_____
Gloria M. Navarro
United States District Judge