**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS P. SORENSON, | ) |
| Petitioner, | ) 2: 10-cv-01689-GMN-PAL |
| vs. | ) |
| | ) **ORDER** |
| UNITED STATES DISTRICT COURT, *et al*, | ) |
| Respondents. | ) |

This is a habeas corpus petition pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. In his petition filed November 9, 2010, petitioner succinctly sets forth his situation as follows:

> Your Honor:
>
> The facts are simple, I'm serving time in a state prison (Pioche Conservation Camp) for a DUI.
> When I received the DUI I was on federal property (11-10-06) and was also charged with an (sic) trespass.
> I'm not contesting the DUI or the trespass. I just wish to resolve the trespass I have in your court. We have been trying to resolve this matter for over two years with phone calls, letters, and district court pub. defenders with an a last attempt (sic), with filing a motion in this court.
> The case #R3017188 date of offense 11-10-06 and would like to resolve this issue.
> Thank you.

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). Petitioner states that he wishes to resolve his federal trespass charge, and does not wish to challenge the charge. The remedy petitioner seeks cannot be achieved through a petition pursuant to 28 U.S.C. § 2254. Thus, petitioner's petition will be dismissed for failure to state a claim.

However, petitioner is informed that violations of the type he refers to are processed through the Central Violations Bureau or "CVB." Because petitioner's violation occurred in Southern Nevada at the Nellis Air Force Base, his violation would be handled by the United States District Court for the District of Nevada, in Las Vegas. Petitioner is advised to make his inquiries to the Central Violations Bureau Clerk at that court, using the following address:

> Central Violations Bureau Clerk
> Lloyd D. George United States Courthouse
> 333 Las Vegas Blvd. South, #2058
> Las Vegas, Nevada 89101

He is advised to provide the Central Violations Bureau Clerk with the same information he provided in his petition to this court.

**IT IS THEREFORE ORDERED** that this petition for writ of habeas corpus is **DISMISSED** with prejudice for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that petitioner's motion to proceed *in forma pauperis* (docket #1) and motion for appointment of counsel (docket #2) are **DENIED** as moot.

DATED this 7th day of December, 2010.

_____
Gloria M. Navarro
United States District Judge